IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 09-CR-00044-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  DUSTIN GIBBENS,

    Defendant.

_____

**MOTION TO DETERMINE COMPETENCY OF THE DEFENDANT**
_____

    COMES NOW the Defendant, Dustin Gibbens, by his lawyer, Joseph Saint-Veltri, and he moves this Honorable Court pursuant to 18 U.S.C. §4241(a) for a hearing to determine the mental competency of the Defendant and for psychiatric evaluation pursuant to 18 U.S.C. §4241(b).

    AS GROUNDS for this Motion, the Defendant states and avers as follows:

1. 18 U.S.C. §4241(a) provides that at any time after the commencement of prosecution for an offense and prior to sentencing, a defendant may file a motion for a hearing to determine his mental competency.  The District Court should grant the motion "… if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."  Prior to the competency hearing, the Court may order a psychiatric evaluation of the defendant consistent with 18 U.S.C. §4241(b) and (c).  This motion specifically requests such a psychiatric evaluation.

2. Undersigned counsel submits (and proffers) that based on his interaction with the Defendant there is "…reasonable cause to believe … that the defendant may be suffering from a mental

disease or defect rendering him mentally incompetent …" Undersigned counsel's conclusion in this regard is based on statements made by the Defendant regarding this case, his demeanor and concerns raised by the Defendant himself regarding his mental condition and need for "psychiatric help." Undersigned counsel has conferred with the Defendant in this regard and is of the opinion that the Defendant probably agrees with undersigned counsel that he may be incompetent to proceed. The content of his paragraph is somewhat abbreviated because of undersigned counsel's concern that there be no disclosures of privileged communications between he and the Defendant.

3. Defendant moves that a psychiatric evaluation be conducted pursuant to 18 U.S.C. §4241(b) and 4247(b) to determine whether the Defendant is competent to proceed to trial.

WHEREFORE, the Defendant prays for the relief requested and for any other relief that this Court may deem just and proper.

Respectfully Submitted,

s/ Joseph Saint-Veltri

_____
JOSEPH SAINT-VELTRI
900 Logan Street
Denver, Colorado  80203
Telephone:  (303) 832-6777
E-Mail: jsv@saintveltri.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on October 8, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Zachary.Phillips@usdoj.gov

            s/ Joseph Saint-Veltri

            _____
            JOSEPH SAINT-VELTRI
            900 Logan Street
            Denver, Colorado  80203
            Telephone:  (303) 832-6777
            FAX: (303) 832-1631
            E-Mail: jsv@saintveltri.com