IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: **09-cr-44-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**2.   DUSTIN PATRICK GIBBENS**,

    Defendants.

---

### ORDER GRANTING DEFENDANT'S MOTION TO DETERMINE COMPETENCY OF THE DEFENDANT

---

This matter is before the Court on the Motion to Determine Competency of the Defendant (doc. #166), filed October 8, 2009. The motion is **GRANTED**. It is ordered that Defendant shall be evaluated by a psychiatrist pursuant to 18 U.S.C. § 4241 (b) and 4247 (b). Appointment of a psychiatrist shall be made by separate order. It is

**FURTHER ORDERED** that the 4-day jury trial set for October 26, 2009 and the Motions Hearing/Final Trial Preparation Conference set for October 9, 2009, are **VACATED** pending determination of competency.

DATED: October 9, 2009

                        BY THE COURT:

                        *S/John L Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
                        DISTRICT OF COLORADO