IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Case No: **09-cr-44-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**2.**    **DUSTIN PATRICK GIBBENS**,

    Defendants.

## ORDER DIRECTING EXAMINATION

Kane, J.

Pursuant to this Court's Order granting Defendant's Motion to Determine Competency, it is

ORDERED that the Defendant, Dustin Gibbens, shall submit to an examination by Dr. Susan Bograd, 3300 East First Avenue, Denver, CO 80206, for the purpose of determining whether the defendant suffers from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Counsel for defendant shall arrange for the date and time of the examination of Mr. Gibbens. To the extent necessary, Dr. Bograd is authorized to contact Assistant United States Attorney Zachary H. Phillips at 303-454-0100 and Attorney Joseph Saint-Veltri at 303-832-6777 to request copies of appropriate documents.

Following the examination, Dr. Bograd shall prepare a report of her findings pursuant

to 18 U.S.C. § 4247 (c) and send copies to all counsel and to the court within 30 days of the date of this order. Counsel shall then jointly contact the court within 10 days of the receipt of the report to request a date for a hearing to determine competency.

The Clerk of the Court is directed to mail a copy of this order to Dr. Susan Bograd at 3300 East First Avenue, Denver, CO 80206.

Dated: October 9, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court